☜AO 435 (Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Read Instructions on Back:*

FOR COURT USE ONLY
DUE DATE:

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Mary Sue Feldmeier | (520) 620-7300 | 7/12/2017 |

| 4. FIRM NAME |
|---|
| USAO |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| 405 W. Congress Ste 4800 | Tucson | AZ | 85701 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR 11-00342-TUC | Cindy K. Jorgenson | 11. 7/15/2011 | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| U.S. v. Joseph Norris | 14. Tucson | 15. STATE Arizona |

16. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☑ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☑ SENTENCING | 7/15/2011 | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☑ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

DELIVERY INSTRUCTIONS (check all that apply)
- PAPER COPY ☐
- E-MAIL ☑
- DISK ☐
- PDF FORMAT ☐
- ASCII FORMAT ☐

ESTIMATED COSTS

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
mary.sue.feldmeier@usdoj.gov/terri.mcmillan@usdoj.gov

19. SIGNATURE
s/Mary Sue Feldmeier

20. DATE  7/12/2017

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | 0.00 |
|---|---|---|

| | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY